UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DARRELL WATSON,

                            Petitioner,

  -against-

GARY GREENE, Superintendent,
Great Meadow Correctional Facility, and

ELIOT SPITZER, New York State Attorney General

                            Respondent.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 2212 (CBA)

        A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 30, 2009, granting the petition for a writ of habeas corpus; directing respondent to either retry petitioner or to release him within ninety (90) of the Court's Memorandum and Order dated December 28, 2009; and staying the judgment until all federal appellate proceedings are completed; it is

        ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; that respondent is directed to retry petitioner or to release him within ninety (90) days of the Court's Memorandum and Order dated December 28, 2009; and that the judgment is stayed until all federal appellate proceedings are completed.


Dated: Brooklyn, New York
         December 30, 2009

                                          /S/
                                   ROBERT C. HEINEMANN
                                   Clerk of Court