UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRELL WATSON,

                Petitioner,

-against-

GARY GREENE, Superintendent,
Great Meadow Correctional Facility, and

ELIOT SPITZER, New York State Attorney General

                Respondent.
------------------------------------------------------------X

06 CV 2212 (CBA)

NOT FOR PUBLICATION

MEMORANDUM
AND ORDER

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP - 9 2011
BROOKLYN OFFICE

AMON, Chief United States District Judge:

Petitioner Darrell Watson filed a petition for a writ of habeas corpus in this Court pursuant to 28 U.S.C. § 2254, challenging his conviction for murder. On December 30, 2009, this Court granted the petition, but stayed the judgment pending the completion of all federal appellate proceedings. In light of the Second Circuit's decision in Watson v. Greene, 640 F.3d 501 (2d Cir. 2011), the Court hereby dismisses Watson's petition.

The Clerk of Court is directed to enter judgment and to close the case.

SO ORDERED.

Dated: Brooklyn, New York
       September 7, 2011

s/CBA

Carol Bagley Amon
Chief United States District Judge